No. 1208. Mays *v.* Burgess et al. May 28, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. Mr. Jus-

TICE MURPHY and MR. JUSTICE RUTLEDGE are of opinion that certiorari should be granted. MR. JUSTICE REED and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Messrs. James A. Cobb, George E. C. Hayes, Leon A. Ransom, William H. Hastie* and *Thurgood Marshall* for petitioner. *Mr. Henry Gilligan* for respondents.